UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
OCT 17 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

v.

REGINALD SEALS,

Defendant.

25-CR-240(3)-LJV-JJM
DECISION & ORDER

1. On August 19, 2026, the defendant, Reginald Seals, pleaded guilty to Counts 1 and 5 of the indictment charging a violation of Title 18, United States Code, Section 1349 (Conspiracy to Commit Bank Fraud) and Title 18, United States Code, Section 1028A(a)(1) (Aggravated Identity Theft). Docket Item 90

2. United States Magistrate Judge Jeremiah McCarthy, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 87.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge McCarthy's Report & Recommendation (Docket Item 87), the plea agreement (Docket Item 90), the indictment (Docket Item 1), a transcript of the plea proceeding (Docket Item 98), and the applicable law. This Court finds no legal or factual error in Judge McCarthy's Report & Recommendation and therefore adopts Judge McCarthy's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of counts 1 and 5 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's Report & Recommendation, Docket Item 87, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Reginald Seals is now adjudged guilty under Title 18, United States Code, Section 1349 and Title 18, United States Code, Section 1028A(a)(1).

SO ORDERED.

Dated: October 17, 2026
Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE